COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Trimcos, LLC v. Compass Bank

Appellate case number:   01-19-01000-CV

Trial court case number:  2018-42334

Trial court:                      157th District Court of Harris County

Appellant, Trimcos, LLC, asserts it has paid all fees requested by the district clerk for transmission of the clerk's record to this Court. Appellant requests an extension until May 1, 2020, of the deadline to submit to this Court proof of said payment from the district court, as requested in this Court's March 18, 2020 correspondence to appellant.

Appellant's motion is granted. The final deadline for appellant to submit written evidence from the trial court clerk that appellant has paid or made arrangements to pay the clerk's fee for preparing the clerk's record is **5:00 p.m., May 1, 2020.**

If (1) written evidence from the trial court clerk that appellant has paid or made arrangements to pay the clerk's fee for preparing the clerk's record or (2) a meritorious response that appellant is exempt from paying the clerk's fee is not received in the Court's office by the deadline, **this appeal can be dismissed without further notice.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                  Acting individually

Date:  April 21, 2020